UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                         CRIMINAL NO. 02-80959

v                                            HON. PAUL D. BORMAN

D-3 MAHMOUD YOUNIS,

      Defendant.

_____/

**Recommendation Pursuant to 18 USC § 3621(b)(4)(B)**
**That the Bureau of Prisons Permit Defendant Younis to Serve the Remainder**
**of His Sentence in Community Confinement in the Detroit Area**

      The Court having been advised of the relevant factors as to Mr. Younis' placement, has concluded that is would be in the best interests of all the parties involved, and the public as well, that Mr. Younis serve the remainder of his sentence in local community confinement. The Court makes this recommendation pursuant to Title 18 USC § 3621(b)(4)(B).

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: November 1, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 1, 2007.

                                        s/Denise Goodine
                                        Case Manager